Laurence R. Sharlot (No.014651
Email: LRS@JHC.Law
Joseph A. Brophy (No. 026662)
Email: JAB@JHC.Law
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone:   602-234-7800
Facsimile:   602-277-5595

Attorneys for Defendant/Counterclaimant
  Nationwide Insurance Company of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Munro, an unmarried woman,<br><br>         Plaintiff,<br><br>vs.<br><br>Nationwide Insurance Company of America, a Delaware corporation authorized to do business in Arizona; and various unknown and/or fictional individuals and entities,<br><br>         Defendants. | Case No.: 2:18-cv-02245-JGZ<br><br>**Stipulation to Waive Request for Attorneys' Fees and Costs, Waiver of Appeal of Judgment and Entry of Judgment** |
| Nationwide Insurance Company of America, a Wisconsin corporation,<br><br>         Counterclaimant,<br><br>vs.<br><br>Megan Munro, an unmarried woman,<br><br>         Counterdefendant. | (Honorable Jennifer G. Zipps) |

   Plaintiff/Counterdefendant Megan Munro ("Munro") and Defendant/Counterclaimant Nationwide Insurance Company of America ("Nationwide") hereby enter into and stipulate to the following:

1. Defendant/Counterclaimant Nationwide hereby waives any request for attorneys' fees and costs in this matter and waives its right to attorneys' fees and costs;

2. Plaintiff/Counterdefendant Munro hereby waives her right to any appeal of the Judgment entered in this matter and to any post-trial motions; and

3. Plaintiff/Counterdefendant Munro and Defendant/Counterclaimant Nationwide, pursuant to Rule 58(d), F.R.Civ.P., hereby stipulate to the entry of Judgment in this matter attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED this 16th day of July, 2019.

| LAW OFFICE OF CHRISTOPHER GOODMAN PLC | JENNINGS, HAUG & CUNNINGHAM, LLP |
|---|---|
| /s/ Christopher M. Goodman | /s/ Laurence R. Sharlot |
| Christopher M. Goodman | Laurence R. Sharlot |
| Attorneys for Plaintiff/Counterdefendant | Attorneys for Defendant/Counterclaimant |

4252-0023/3613211 lm