IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Munro,<br><br>   Plaintiff,<br><br>v.<br><br>Nationwide Insurance Company of America, et al.,<br><br>   Defendants. | No. CV-18-02245-PHX-JGZ<br><br>**ORDER** |

The Parties filed a motion stipulating that Defendant Nationwide waives any request for attorneys' fees and costs, that Plaintiff waives her right to any appeal of the Judgment entered in this matter and to any post-trial motions, and that this case be dismissed with prejudice. Good cause appearing,

IT IS ORDERED that the Parties' Stipulation (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that each party shall bear its own attorney fees and costs.

The Clerk of the Court is directed to close the file in this action.

Dated this 22nd day of July, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge